

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00377-CV

**IN THE INTEREST OF A.N.G.**, A.M., and A.M., Children

From the County Court at Law, Jim Wells County, Texas
Trial Court No. 14-09-53681-CV
Honorable Martha Huerta, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED November 16, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Former judge, sitting by assignment.